■ FELIX CRUZ, Respondent, v HUNGJOO HA et al., Defendants, ALL AMERICAN TRADING CORP. et al., Respondents, and NEW KOREA INDUSTRIAL, LTD., Appellant. [655 NYS2d 359] —Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered May 8, 1996, which denied defendant New Korea Industrial's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

We agree with the motion court that "[t]he conflicting affidavits by the respective experts raise questions of fact as to

credibility and the weight to be afforded to their respective opinions as to the manufacturer of the nail". Concur—Milonas, J. P., Ellerin, Wallach and Nardelli, JJ.